STUART F. DELERY
Acting Assistant Attorney General
MAAME EWUSI-MENSAH FRIMPONG
Deputy Assistant Attorney General
MICHAEL S. BLUME
Director, Consumer Protection Branch
RICHARD GOLDBERG
Assistant Director, Consumer Protection Branch
ANN F. ENTWISTLE
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
   450 Fifth Street, NW, Suite 6400 South
   Washington, DC 20530
   Telephone:   (202) 305-3630
   Facsimile:   (202) 514-8742
   Email: Ann.F.Entwistle@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANOIEL KHORSHID
Assistant United States Attorney
California Bar Number:  223912
   Room 7516 Federal Building
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone:   (213) 894-6086
   Facsimile:   (213) 894-7819
   Email: Anoiel.Khorshid@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>      v.<br><br>THE ZAKEN CORP., a California corporation, also d/b/a The Zaken Corporation, QuickSell, and QuikSell; and<br><br>TIRAN ZAKEN, individually and as an officer of The Zaken Corp.,<br><br>    Defendants. | Case No.:   CV<br><br>**CV12-09631** DDP (MANx)<br><br>**COMPLAINT FOR CIVIL PENALTIES, PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF**<br><br>[15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b), 56(a), & 57b] |

Plaintiff, the United States of America, acting upon notification and authorization to the Attorney General by the Federal Trade Commission ("FTC" or "the Commission"), pursuant to Section 16(a)(1) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 56(a)(1), for its Complaint alleges:

1.      Plaintiff brings this action under Sections 5(a), 5(m)(1)(A), 13(b), 16(a), and 19 of the FTC Act, 15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b), 56(a), and 57b, to obtain monetary civil penalties, a permanent injunction, and other equitable relief such as temporary and preliminary injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, or appointment of a receiver for the Defendants' violations of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), and the FTC's Trade Regulation Rule entitled "Disclosure Requirements and Prohibitions Concerning Business Opportunities" ("Business Opportunity Rule" or "Rule"), 16 C.F.R. Part 437, as amended.  The amended Business Opportunity Rule became effective on March 1, 2012 and has since that date remained in full force and effect.

## JURISDICTION AND VENUE

2.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1337(a), 1345, and 1355, and 15 U.S.C. §§ 45(m)(1)(A), 53(b) and 56(a).  This action arises under 15 U.S.C. § 45(a).

3.      Venue in the United States District Court for the Central District of California is proper under 28 U.S.C. §§ 1391(b)-(c) and 1395(a), and 15 U.S.C. § 53(b).

## PLAINTIFF

4.      This action is brought by the United States of America on behalf of the Federal Trade Commission. The Commission is an independent agency of the United States government given statutory authority and responsibility by the FTC Act, as amended, 15 U.S.C. §§ 41-58. The Commission enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or

1 affecting commerce.  The Commission also enforces the Business Opportunity Rule,
2 16 C.F.R. Part 437, as amended, which requires specific disclosures and prohibits
3 certain misrepresentations in connection with the sale of a business opportunity.

4                                                DEFENDANTS

5          5.         Defendant The Zaken Corp., also d/b/a The Zaken Corporation,
6 QuickSell and QuikSell, is a California corporation with its principal place of
7 business at 2610 Conejo Spectrum Street, Thousand Oaks, CA 91320. Defendant The
8 Zaken Corp. is a seller who offers for sale, sells, and promotes a business opportunity
9 to consumers. Defendant The Zaken Corp. transacts or has transacted business in this
10 District and throughout the United States.

11          6.         Defendant Tiran Zaken is an officer of Defendant The Zaken Corp.  In
12 connection with the matters alleged herein, Defendant Tiran Zaken resides or has
13 transacted business in this District.  At all times material to this Complaint, acting
14 alone or in concert with others, Defendant Tiran Zaken has formulated, directed,
15 controlled, had the authority to control, or participated in the acts and practices of
16 Defendant The Zaken Corp., including the acts and practices set forth in this
17 Complaint.  Defendant Tiran Zaken resides in the Central District of California, or
18 in connection with the matters alleged herein, transacts or has transacted business in
19 this District and throughout the United States.

20                                                COMMERCE

21          7.         At all times material to this Complaint, Defendants have maintained a
22 substantial course of trade in the offering for sale and sale of a business opportunity
23 in or affecting commerce, as "commerce" is defined in Section 4 of the FTC Act, 15
24 U.S.C. § 44.
25 ///
26 ///
27 ///
28 ///

                                                      -2-

## THE DEFENDANTS' BUSINESS PRACTICES

### The Defendants' Business Opportunity

8.      Defendants offer consumers a work at home opportunity consisting of locating and contacting businesses with excess inventory to sell.  Defendants represent that once consumers who purchase the opportunity identify businesses interested in selling excess inventory, Defendants will find buyers for the inventory and split the gross profits with consumers.  Thus, Defendants represent, expressly or by implication, that Defendants will provide customers to buy the excess inventory, and consumers will be compensated from the proceeds of the sale for their services of contacting and identifying businesses selling excess inventory. Defendants typically charge consumers $164 (i.e., $148, plus $16 purportedly for shipping and handling) or more for their business opportunity.

### Earnings Claims and Misrepresentations

9.      Defendants have promoted their business opportunity through direct mail and their Website. Defendants represent, expressly or by implication, that consumers who purchase the business opportunity can earn a substantial income working from home.  For example, Defendants' mailers ask "<u>What Would You do With an Extra $5,000 (or more) a Month?</u>" and claim that consumers "can make <u>thousands</u> of dollars monthly for working just 2 to 4 hours a week from home." (emphasis in original). Defendants further represent in their mailers, expressly or by implication, that within the first 30 days, consumers will earn at least $4,000 or more, and claim that on average, consumers will make $4,280 per deal.  A true and correct copy of one of Defendants' mailers is attached as Exhibit A.

10.      Defendants offer consumers three methods to purchase Defendants' business opportunity: by mail, by telephone, or by fax.  Consumers can order the business opportunity by mail or fax by completing Defendants' request form, also included in the mailers, and returning it to Defendants with payment.

11.      Consumers who respond to Defendants' offer by calling the telephone

1   number Defendants provide are told, expressly or by implication, that consumers who
2   purchase Defendants' business opportunity can earn a substantial income working
3   from home.  For example, consumers who respond to Defendants' offer by calling the
4   telephone number provided in Defendants' mailers have been told, expressly or by
5   implication, that consumers will earn at least $1,500 within the first 30 days.

6       12.    Consumers are encouraged to order Defendants' business opportunity
7   by providing their credit card number, and Defendants accept payment for the
8   business opportunity during the telephone call.

9       13.    Contrary to the representations Defendants make to consumers, in
10  numerous instances, consumers do not earn substantial income from this business
11  opportunity.

12                    *Failure to Provide Required Disclosures*

13      14.    Defendants have failed to provide a written disclosure document to
14  consumers prior to the sale of the business opportunity, as required by the Business
15  Opportunity Rule.  The written disclosure, which must be given to consumers at least
16  seven (7) days before the consumer makes any payment, provides consumers with
17  basic information about the seller, the seller's litigation history, the seller's
18  cancellation and refund policies, information supporting any earnings claims the
19  seller makes, and contact information for prior purchasers, to ensure that consumers
20  can verify the seller's earnings and other claims before they buy.

21      15.    Although Defendants and their representatives have made claims to
22  consumers about their likely earnings, Defendants have failed to provide consumers
23  with an Earnings Claim statement, as required by the Business Opportunity Rule.
24  Nor have Defendants possessed a reasonable basis for, or written documents
25  sufficient to substantiate, their claims about consumers' likely earnings.

26      16.    Defendants' printed mailers make representations, expressly or by
27  implication, to consumers about their likely earnings, including that consumers who
28  buy Defendants' business opportunity will earn at least $4,000 in the first 30 days;

-4-

consumers can make up to $12,000 or more within 30 days; Defendants pay consumers an average of $4,280 per lead resulting in a sale; and Defendants estimate that consumers will earn an average of $3,000-$6,000 a week working 2-4 hours. Defendants have failed to disclose, as required by the Business Opportunity Rule, additional information in immediate conjunction with the earnings claims in their mailer, including the beginning and end dates when the represented earnings were achieved and the number and percentage of prior purchasers known by Defendants to have achieved the same or better results.

17.    Defendants have engaged in the foregoing business practices at least since March 1, 2012, the date the amended Business Opportunity Rule became effective, and have engaged in the same or similar business practices related to the sale of business opportunities since at least March 2011.

## VIOLATIONS OF SECTION 5 OF THE FTC ACT

18.    The allegations of paragraphs 1 through 17 of this Complaint are realleged and incorporated herein by reference.

19.    Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), prohibits "unfair or deceptive acts or practices in or affecting commerce."

20.    Misrepresentations or deceptive omissions of material fact constitute deceptive acts or practices prohibited by Section 5(a) of the FTC Act.

21.    As set forth below, Defendants have engaged and continue to engage in violations of Section 5(a) of the FTC Act in connection with the advertising, marketing and sale of their business opportunity.

## COUNT ONE

*Deceptive Substantial Income Claim*

22.    The allegations of paragraphs 1 through 21 of this Complaint are realleged and incorporated herein by reference.

23.    In numerous instances in connection with the advertising, marketing, promotion, offering for sale, or sale of Defendants' business opportunity, Defendants

1  have represented, directly or indirectly, expressly or by implication, that purchasers
2  of Defendants' business opportunity will earn substantial income.

3      24.     In truth and in fact, in numerous instances in which Defendants have
4  made the representation set forth in paragraph 23 of this Complaint, purchasers of
5  Defendants' business opportunity have not earned substantial income.

6      25.     Therefore, Defendants' representation as set forth in paragraph 23 of this
7  Complaint is false or misleading and constitutes a deceptive act or practice in
8  violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

9              VIOLATIONS OF THE BUSINESS OPPORTUNITY RULE

10     26.     The allegations of paragraphs 1 through 25 of this Complaint are
11 realleged and incorporated herein by reference.

12     27.     Defendants are "sellers" who have sold or offered to sell "business
13 opportunities" as defined by the Business Opportunity Rule, 16 C.F.R. § 437.19(c)
14 and (q).  Under the Business Opportunity Rule, a "seller" is a person who offers for
15 sale or sells a business opportunity. 16 C.F.R.  § 437.1(q).  Under the Rule, a
16 "business opportunity" means a "commercial arrangement" in which a "seller solicits
17 a prospective purchaser to enter into a new business"; the "prospective purchaser
18 makes a required payment"; and the "seller, expressly or by implication, orally or in
19 writing, represents that the seller or one or more designated persons will . . . [p]rovide
20 outlets, accounts, or customers, including, but not limited to, Internet outlets,
21 accounts, or customers, for the purchaser's goods or services; or [b]uy back any or
22 all of the goods or services that the purchaser makes . . . or provides . . . ." 16 C.F.R.
23 § 437.19(c).

24     28.     Among other things, the Business Opportunity Rule requires sellers to
25 provide prospective purchasers with a disclosure document in the form and using the
26 language set forth in the Business Opportunity Rule and its Appendix A, and any
27 required attachments.  In the disclosure document, the seller must disclose to
28 prospective purchasers five categories of information, including basic identifying

1    information about the seller, any earnings claims the seller makes, the seller's

2    litigation history, any cancellation and refund policy the seller offers and contact

3    information of prior purchasers. 16 C.F.R. § 437.3(a)(1)-(5). Furthermore, this

4    information must be disclosed at least seven (7) days before the prospective purchaser

5    signs a contract or makes a payment. 16 C.F.R. § 437.2. The pre-sale disclosure of

6    this information enables a prospective purchaser to contact prior purchasers and take

7    other steps to assess the potential risks involved in the purchase of the business

8    opportunity.

9        29.    Defendants have made earnings claims in connection with the sale of

10   their business opportunity, as defined by the Business Opportunity Rule,

11   16 C.F.R. § 437.1(f). Under the Business Opportunity Rule, an "earnings claim"

12   means "any oral, written, or visual representation to a prospective purchaser that

13   conveys, expressly or by implication, a specific level or range of actual or potential

14   sales, or gross or net income or profits." 16 C.F.R. § 437.1(f).

15        30.    The Business Opportunity Rule prohibits sellers from making earnings

16   claims unless the seller: (1) has a reasonable basis for the claim at the time it is made;

17   (2) has in its possession written materials to substantiate the claim at the time it is

18   made; (3) furnishes an Earnings Claim statement to prospective purchasers in

19   conjunction with the disclosure document, containing, among other things,

20   information regarding the time frame captured by the earnings claim, the

21   characteristics of the purchasers, and the number and percentage of all persons who

22   purchased the business opportunity within the time frame who achieved at least the

23   stated level of earnings; and (4) makes written substantiation of the earnings claim

24   available to any prospective purchaser who requests it. 16 C.F.R. § 437.4(a).

25        31.    Defendants have also made earnings claims in connection with the sale

26   of their business opportunity in the general media, as defined by the Business

27   Opportunity Rule, 16 C.F.R. § 437.1(h). Under the Business Opportunity Rule,

28   "general media" means "any instrumentality through which a person may

1  communicate with the public, including, but not limited to, television, radio, print,

2  Internet, billboard, Web site, commercial bulk email, and mobile communications."

3  16 C.F.R. § 437.1(h).

4        32.    The Business Opportunity Rule prohibits sellers from making earnings

5  claims in the general media unless the seller has a reasonable basis for and written

6  substantiation of any earnings claims and states in immediate conjunction with those

7  claims the beginning and ending dates when the represented earnings were achieved,

8  and the number and percentage of all persons who purchased the seller's business

9  opportunity prior to that ending date who achieved at least the stated level of

10 earnings. 16 C.F.R. § 437.4(b).

11       33.    Pursuant to Section 18(d)(3) of the FTC Act, 15 U.S.C. § 57a(d)(3), a

12 violation of the Business Opportunity Rule constitutes an unfair or deceptive act or

13 practice in or affecting commerce in violation of Section 5(a) of the FTC Act,

14 15 U.S.C. § 45(a).

15                           COUNT TWO

16                   *Disclosure Document Violations*

17       34.    The allegations of paragraphs 1 through 33 of this Complaint are

18 realleged and incorporated herein by reference.

19       35.    In numerous instances in connection with the offer for sale, sale, or

20 promotion of a business opportunity, Defendants have failed to furnish prospective

21 purchasers with a disclosure document and any required attachments within the time

22 period prescribed by the Business Opportunity Rule.

23       36.    Defendants' acts and practices, as described in paragraph 35 above,

24 violate the Business Opportunity Rule, 16 C.F.R. §§ 437.2 and 437.3(a), and Section

25 5(a) of the FTC Act, 15 U.S.C. § 45(a).

26 ///

27 ///

28 ///

## COUNT THREE

*Earnings Disclosure Violations*

37.   The allegations of paragraphs 1 through 36 of this Complaint are realleged and incorporated herein by reference.

38.   Defendants have made earnings claims to prospective purchasers in connection with the offering for sale, sale, or promotion of a business opportunity while, among other things, (1) lacking a reasonable basis for the earnings claim at the time it was made; (2) lacking written substantiation for the earnings claim at the time it was made; or (3) failing to provide an Earnings Claim statement to the prospective purchaser, as required by the Business Opportunity Rule.

39.   Defendants' acts and practices, as described in paragraph 38 above, violate the Business Opportunity Rule, 16 C.F.R. § 437.4, and Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

## COUNT FOUR

*General Media Earnings Claims Violations*

40.   The allegations of paragraphs 1 through 39 of this Complaint are realleged and incorporated herein by reference.

41.   Defendants have made earnings claims in the general media in connection with the offering for sale, sale, or promotion of a business opportunity while failing to state in immediate conjunction with those claims the beginning and ending dates when the represented earnings were achieved, and the number and percentage of all persons who purchased Defendants' business opportunity prior to that ending date who achieved at least the stated level of earnings.

42.   Defendants' acts and practices, as described in paragraph 41 above, violate the Business Opportunity Rule, 16 C.F.R. § 437.4(b)(3), and Section 5(a) of the FTC Act, 15 U.S.C. § 45(a).

///

///

## CONSUMER INJURY

43.     Consumers nationwide have suffered and will suffer substantial injury as a result of the Defendants' violations of Section 5(a) of the FTC Act and the Business Opportunity Rule.  In addition, Defendants have been unjustly enriched as a result of their unlawful acts and practices.  Absent injunctive relief by this Court, the Defendants are likely to continue to injure consumers, reap unjust enrichment, and harm the public interest.

## THIS COURT'S POWER TO GRANT RELIEF

44.     Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), empowers this Court to grant injunctive and such other relief as the Court may deem appropriate to halt and redress violations of any provision of law enforced by the FTC.  The Court, in the exercise of its equitable jurisdiction, may award ancillary relief, including rescission or reformation of contracts, restitution, the refund of monies paid, and the disgorgement of ill-gotten monies, to prevent and remedy any violation of any provision of law enforced by the FTC.

45.     Section 19 of the FTC Act, 15 U.S.C. § 57b, authorizes this Court to grant such relief as the Court finds necessary to redress injury to consumers resulting from Defendants' violations of the Business Opportunity Rule, including rescission or reformation of contracts and the refund of money.

46.     Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A), as modified by Section 4 of the Federal Civil Penalties Inflation Adjustment Act of 1990, 28 U.S.C. § 2461, as amended, and as implemented by 16 C.F.R. § 1.98(d), authorizes this Court to award monetary civil penalties of up to $16,000 for each violation of the Business Opportunity Rule.

47.     Defendants' violations of the Business Opportunity Rule were committed with the knowledge required by Section 5(m)(1)(A) of the FTC Act, 15 U.S.C. § 45(m)(1)(A).

48.     Each offer for sale and each sale of a business opportunity in which

-10-

1 | Defendants have violated the Rule in one or more ways described above constitutes
2 | a separate violation for which Plaintiff seeks monetary civil penalties.

3 |     49.    Under Section 13(b) of the FTC Act, 15 U.S.C. § 53(b), this Court is
4 | authorized to issue a permanent injunction enjoining Defendants from violating the
5 | FTC Act.

6 | <div align="center">PRAYER FOR RELIEF</div>

7 |     WHEREFORE, Plaintiff, United States of America, pursuant to Sections 5(a),
8 | 5(m)(1)(A), 13(b), 16(a), and 19 of the FTC Act, 15 U.S.C. §§ 45(a), 45(m)(1)(A),
9 | 53(b), 56(a), and 57b and the Court's own equitable powers, requests that the Court:

10 |     (1)    Enter judgment against the Defendants and in favor of Plaintiff for each
11 | violation of the FTC Act and Business Opportunity Rule alleged in this Complaint;

12 |     (2)    Award Plaintiff monetary civil penalties for each violation of the
13 | Business Opportunity Rule;

14 |     (3)    Award such relief as this Court finds necessary to redress injury to
15 | consumers resulting from violations of the Business Opportunity Rule and the FTC
16 | Act, including but not limited to rescission or reformation of contracts, restitution, the
17 | refund of monies paid, and the disgorgement of ill-gotten monies;

18 |     (4)    Enter a permanent injunction to prevent future violations of the FTC Act
19 | and the Business Opportunity Rule by the Defendants; and

20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1      (5)    Award Plaintiff the costs of bringing this action, as well as such other

2  and additional relief as the Court may determine to be just and proper.

3

4  Dated: November 9, 2012        Respectfully submitted,

5                             STUART F. DELERY
                           Acting Assistant Attorney General

6                             MAAME EWUSI-MENSAH FRIMPONG
                           Deputy Assistant Attorney General

7                             MICHAEL S. BLUME
                           Director, Consumer Protection Branch

8                             RICHARD GOLDBERG
                           Assistant Director, Consumer Protection Branch

9

10                                   //s//

11                            ANN F. ENTWISTLE
                           Trial Attorney

12

13                            ANDRÉ BIROTTE JR.
                           United States Attorney

14                            LEON W. WEIDMAN
                           Assistant United States Attorney

15                            Chief, Civil Division

16

17                          ANOIEL KHORSHID
                           Assistant United States Attorney

18

19                          Attorneys for Plaintiff United States of America

20 Of Counsel:

21 DAVID SHONKA
  Acting General Counsel

22 JON MILLER STEIGER
  Regional Director

23   East Central Region
DANA C. BARRAGATE

24 Federal Trade Commission
    East Central Region

25     1111 Superior Ave., E., Suite 200
    Cleveland, OH 44114

26     Telephone:  (216) 263-3402
    Facsimile:   (216) 263-3426

27

28

# EXHIBIT A



**EXHIBIT A**

# No-Risk Inspection Request

**PROVEN MONEY-MAKER**

**Credit Card Orders**

**Call Toll FREE 24 Hours / 7 Days...**

## 1-800-840-0346

*(Please Have Credit Card Handy Before Calling)*

**VISA   MasterCard   DISC VER**

**CALL NOW !**

Dear Mr. Zaken,

I'm excited! This truly sounds like the opportunity of a lifetime. **YES**, I'd like a chance to evaluate your wealth building plan RISK-FREE for 30 full days, which also includes your incredible **DOUBLE Money Back Guarantee**. I understand if I'm one of the first 100 people who return this risk-free order form, along with the required "good-faith" deposit, you will work with me hand-in-hand to help me make **BIG MONEY** in the fantastically profitable closeout merchandise field.... and **PAY** me an average of **$4,280** per every lead I find for you that results in a sale.

I want to examine the plan FREE OF ANY RISK for 30 days, in the comfort of my home. If I don't make close to $4,000 (or more) in the first 30 days I can cancel and my full "good-faith" deposit will be cheerfully refunded. No hassle...no questions asked – Guaranteed!

If I keep the plan after 30 days, I still have **2 FULL YEARS** to make up my mind. Since you are so sure I'll be **thrilled** with the amount of money I make, I understand you bet **$250** on my success. During this 2 year period, once I submit leads, if I'm not 100% satisfied with the profits I made, even if I made $150,000… I'll return your plan and you will mail me a **check for $250** just for participating. That's **$102 more than I've invested**. So what have I to lose?

Of course, **RUSH** me the Wealth-Building Home Business Plan (a $2,495 value), plus my **FREE** bonus gift ($129 value) along with my "no question asked," **DOUBLE** money-back guarantee. If I don't get in on one of the 100 test market slots, you'll return my check immediately along with the **FREE** bonus Plan (a $129 value) for my trouble.

On that basis only, here is my check of $148 plus $16 for shipping & handling. If I fail to make money within the next 30 days I get my full money back. I'm ready to start my own money-making business and make some **BIG PROFITS** with you.

[ ] Enclosed is my _____ check or _____ money-order in the amount of $148 + $16 s/h (total of $164) — (allow 2 weeks for delivery) ...........................$164.00

[ ] Immediately **RUSH** delivery (receive order within 3-6 days), add only $10.00 extra (total of $174)................................................................$10.00

[ ] Canadian & Foreign orders please add $15.00 ($164 +$15) total of $179 (check or Money-order must be in U.S. funds only) ...............................$15.00
*(Canadian/foreign orders preferring RUSH, add $10.00 extra ($179+$10) total of $189.00.      (California residents please add 7 ¾% sales tax)*

[ ] Please charge the above TOTAL amount to my ( ) VISA  ( ) MASTER CARD  ( ) DISCOVER                                                **TOTAL $**_____

CARD #_____          EXP. DATE ___ / ___

Signature _____    **IMPORTANT:** If you're ordering by phone please provide this key code to the operator  **Q1000FD**
                                                                        *(Order cannot be processed without this code)*

Name _____    Date of Birth ___ / ___ / ___

Street Address _____

City _____   State _____   Zip _____   Phone ( ___ ) _____

Email Address: _____

**PLEASE NOTE:** Your order **must** be one of the **first 100 received**. All others will be returned un-cashed with the $129 FREE bonus plan.

**Call 1-800-840-0346 / Fax 1-805-262-6080**

or **Mail Order To:** THE ZAKEN CORP., 2610 Conejo Spectrum Thousand Oaks, CA 91320.

---

## 2 ROCK-SOLID BETTER THAN MONEY-BACK GUARANTEES



### 100% Money-Back

*Order my Risk-Free moneymaking Plan now. If you are one of the first 100 qualified respondents, I will rush you my Wealth-Building Plan. Once you receive it, try it in your home for 30 days. If you don't instantly agree it's the quickest, simplest, easiest way to earn lots of money from home...if you fail to earn up to $4,000 (or more)...or if you decide for some reason – any reason – that you do not wish to continue, simply mail the package back within 30 days. I will cheerfully return your full payment. No questions asked. No hard feelings. The $129 bonus Plan you receive is yours to keep even if you ask for a refund.*

*ZAKEN CORP.*

### $250 Money-Back GUARANTEE

*(Good for 2 FULL YEARS)*

*Here's an unusual guarantee you probably never saw or heard before. After you try my Plan for 30 days from home, if you profit and decide to join me, you become part of my wealth-building team. Then, anytime within the next 2 years, if you're not thrilled with the amount of money you continue to make, I'll refund your $148 plus $102 for a total of $250! – That's right! You have two full years to get your money back, plus $102.00 extra. I'm so convinced that you're going to be ecstatic with the business and the amount of money you make, I'm putting my money where my mouth is. If you're not 100% happy, you get back $250 just for agreeing to participate in my program. That's my personal guarantee as well as a "token of my gratitude" for giving it a try.*

*ZAKEN CORP.*

**EXHIBIT A**

15



# An amazing money-generating message from one of America's most beloved TV personalities.

*Dick Van Patten*
*Popular TV Star*

*Famous TV Star Dick Van Patten reveals how to. . .*

<u>**Make really big money from home**</u>.

## "Cash in with a Recession-Proof Business and Stop Worrying about the Economy!"

Dear Friend,

On TV, I've made millions of people laugh. . . but this is no laughing matter.



The current economy has a lot of families scared. I've seen hardworking folks lose their jobs, and others have lost much of their retirement income. There's plenty of bad news about the economy these days.

So I'm glad to be bringing you some <u>good</u> <u>news</u>. Tiran Zaken, known as the Multi-Millionaire Maverick, owns and operates a recession-proof business.

He tells me <u>business</u> <u>couldn't</u> <u>be</u> <u>better</u>. While the economy is hurting most other companies, his business is <u>booming</u> in this financial downturn.

*I interviewed Tiran Zaken on TV about his thriving business.*

### That means a great opportunity for you to make money from home.

I recently interviewed Tiran for a TV show and learned that his successful company actually <u>does</u> <u>even</u> <u>better</u> in a tight economy.

Right now, Tiran is looking for a very limited number of people – working from home – to join him as he quickly takes advantage of the current economic situation to expand his company's income and profits. And you can share in those windfall profits with this extraordinarily simple home-based program.

From my standpoint, this is a **dream business. . .**

- You do <u>no</u> <u>selling</u>.
- You <u>work</u> <u>from</u> <u>home</u> <u>in</u> <u>your</u> <u>spare</u> <u>time</u>.
- It's easy. <u>No</u> <u>special</u> <u>training</u> is needed.
- You can earn great money <u>working</u> <u>just</u> <u>2-4</u> <u>hours</u> <u>a</u> <u>week</u>.

You see, this simple, rewarding home business is "under the radar" of the news

**EXHIBIT A**
16

*Turn page over ...*

media, so relatively few people even know about it, much less how to get a share of the incredible profits. Tiran told me off-camera, "In the best of times, we do really well. Today, we're experiencing explosive growth. And I need help.

"So I'm looking for more money-motivated individuals to work a few hours a week in their spare time at home. . . and I'll reward their efforts big time."

Several Zaken Associates appeared on the TV show. Their stories, as well as the files and files of testimonials from others, are amazing. You can see for yourself that people can actually earn big money. . . right from the start.

First check - **$8,836.54**. Gary. G. Gardner (Milwaukee, Oregon) wrote, *That's awesome. Easiest money I've ever made.*

First check - **$5,164.00**. Stacy and Michele (Austin, Texas) said, *. . . it's incredible. . . we don't have to sell anything.*

First check – **$22,268.00**! James Nordlund (Miami, Florida) said, *Anyone who is willing to work a few hours a week can gain financial success.*

**This is the right home business to make real money in a bad economy.**

Can you imagine being in a business that's growing when all you hear about these days are layoffs and cutbacks? Wouldn't it be great to have some easy money coming in and never have to worry about losing your job or retirement fund?

Think how you'd feel if you could get rid of your money worries and "breathe out," pay your bills on time, pay off debts. . . then build a sizable nest egg, drive the car you want, and live wherever you please.

Listen, I've looked into this business thoroughly and it's everything Tiran says it is. Best of all, he'll send you his money-making program and let you try it **RISK FREE** for 30 days. All of the details about this exciting business and his special offer are explained in the enclosed letter. You owe it to yourself, and your family, to read it.

A word to the wise – because Tiran and his staff give you unlimited, one-on-one help, obviously, this offer is available to only a limited number of individuals.

So I urge you. . . if you're looking for an easy way to make really substantial money working from home, read everything that's enclosed now. It's about you and your future, and the success you can enjoy with this recession-proof business. Don't miss out on this.

Sincerely,

*Dick Van Patten*

Dick Van Patten
TV Star

P.S.  Prove it to yourself.  Get the entire money-making system Risk Free and try it for 30 full days before you commit – to see how easy it is and how it works for you.

*Yours Risk-Free! ...*

**"I believe so strongly that my proven wealth-building method can make you up to $12,000 in the next 30 days ... I ask that**

## You Pay Absolutely Nothing *unless* **you profit!"**

### WARNING: Don't let Business Opportunity Scam Artists Rip You Off!

**... Here's The Truth on How You Can Really Make a Ton of Money ... From Home ... In Your Spare-Time!**

Monday, 10:32 a.m.
Thousand Oaks, CA

Dear Fellow Entrepreneur:

I'm offering a RISK-FREE, limited opportunity for <u>100 people</u> to work with me, <u>hand-in-hand</u> for a period of one month.

If you qualify, you will receive an amazing, step-by-step, <u>wealth building</u> plan risk-free! The secret it reveals must make you up to $12,000 (or more) within the next 30 days ... or you pay NOTHING!

It's the easiest way to make money ... unlike anything you've ever seen or imagined!

Hello, my name is Tiran Zaken. I am president of Zaken Corporation. Perhaps you heard about me. Articles about me and my business success have appeared nationally in numerous business opportunity magazines and publications.

Over the last 10 years my corporation has amassed a literal fortune in an obscure but rapidly growing business. Yet, I've barely "scratched the surface" of the enormous profits to be made.

This letter will tell you how <u>you</u> can cash in on this little-known, incredible moneymaking opportunity.

Like any businessman, I'm looking to increase corporate revenues by reaching out to profitable new markets. To accomplish this goal, I need to add staff resources.

*(Turn Page Over...)*

I've devised a plan that·involves bringing in 100 "money-motivated" people to share in the <u>fantastic</u> <u>profits</u> my business is reaping.

If you are one of the first qualified respondents to my invitation, I'll set you up in business using my money. This is a <u>once-in-lifetime</u> opportunity for you to achieve financial independence using the very same techniques I use to make millions of dollars.

All you have to do is follow my step-by-step instructions. If you do, you should be able to accumulate abundant wealth in the shortest period of time. You'll make money almost instantly. I'm talking about days, not weeks or months. This is <u>not</u> just a claim. I <u>guarantee</u> your success!  I'll <u>prove</u> it in the pages that follow.

## You Pay NOTHING ... Not One Red Cent ... Unless You Profit!

Your success is guaranteed! In fact, you won't pay NOTHING, absolutely NOTHING unless you put money in your pocket. You <u>will</u> succeed! How can I make this bold statement? Because I've already made a fortune and believe me, I'm probably no smarter than you. I know <u>exactly</u> what it takes to succeed. You <u>don't</u> have to be brilliant to make <u>huge</u> profits in this business. <u>The brilliance is in the plan itself</u>! I've spent years refining and fine tuning it to a level that allows me to absolutely <u>guarantee</u> your success!

Call it good timing. Call it luck. Call it insight but I discovered a tremendous market need – one that very few people know about – and turned it into a "money making machine." It's a business that is straightforward and simple. <u>No prior experience is necessary</u>.

I've packaged everything you need to know in an <u>easy to understand</u>, <u>step-by-step</u> instructional format that anyone can follow. It's all there. Every strategy, tip and technique I used to make millions. It's so simple and easy; it will blow your mind.

You'll wonder why in the world others haven't seized this opportunity to make money. All I can tell you is it may be just <u>too</u> simple. It enabled me to "blindside" the competition.

At this point you're probably already skeptical. How can it be so easy to make money? You've been brainwashed to believe making money requires hard work, long hours or a big cash

EXHIBIT A
19

(Continued on Page 3...)

investment in a business venture. While a healthy skepticism is good, you also need to keep an open mind.

All I ask is to set your skepticism aside for a moment. Suppose what I'm telling you is <u>true</u> - that you can make <u>thousands</u> of dollars <u>monthly</u> for working just 2 to 4 hours a week from home. Let your imagination rule for the moment.

## What Would You do With an Extra $5,000 (or more) a Month?

Think how great it would be to rake in this kind of money (and more) <u>effortlessly</u>, each month for as long as you want. All you have to do is set aside <u>2 to 4 hours</u> <u>a week</u> whenever it is convenient. You follow no set schedule.

<u>A side note</u>: Although I'm only asking you to participate for one month, you may continue in the program after the experimental period for as long as you like. This is apt to happen once you see how easy it is to make money.

I'm sure you'll find <u>lots</u> of ways the extra money will improve the quality of your life - as well as your family's. Consider all these benefits:

- You could build a nest egg for your retirement

- You could pay for your children's (or grandchildren's) education in the most prestigious colleges and universities in the nation.

- You could build or buy a dream home or vacation get-away in a temperate climate.

- You could take around the world cruises.

- You could buy yourself or your spouse a luxury car.

- You could travel to exotic lands and locations; see historical attractions and learn more about the world.

- You could play golf in the most exclusive, posh courses in the country.

These are not impossible dreams. All this could become <u>reality</u> if you have the foresight and ambition to seize the extraordinary opportunity I'm presenting to you. Yes, there <u>is</u> such a thing as a once-in-a-lifetime opportunity; one that could change your whole life. **This is it**! Let me describe the benefits of operating this business a little further:

**EXHIBIT A**
20

*(Turn Page Over...)*

✓ Unlike other business opportunities, you don't have to put up any of your own money. Yes, there is a **tiny** one-time investment but you **DO NOT** pay that fee <u>UNLESS</u> you make a lot more. If you're one of the first 100 to reply to this letter, I'm offering a zero-risk, 30-day trial to prove to you that you <u>will</u> make money (possibly a <u>lot</u> of money) in less than 30 days. Either you make as much money as I say you will or you <u>don't</u> pay me one red cent.

✓ You work from home in your spare time. You can choose your own hours – as little as 2 to 4 hours per week can bring you staggering profits. For example, "Entrepreneur Magazine" reports the <u>average</u> person in this business makes **$250,000 annually!**

✓ You need no special equipment or supplies. My corporation furnishes you with everything you'll need to start and operate your business.

✓ You do <u>NO</u> selling. What you will be doing is gathering information from prospects. Information they will be <u>happy</u> to share with you. You will be paid handsome profits for providing this service.

✓ You don't need any experience, special education or business background to be successful. Everything you need to know to conduct this service for us is clearly and simply explained. All you have to do is follow my easy step-by-step instructions.

✓ You don't have to identify or hunt for prospects. We tell you where to get names, addresses and phone numbers of people who <u>desperately</u> need what we have to offer, i.e., a way out of their annoying troubles.

## What This Business is All About
## and Why I Need Your Help

My business is buying and reselling excess inventories of products from economically strapped companies. **It's a 12 billion dollar industry** – and GROWING! Prospects are located in every city and state that has manufacturers, wholesalers, vendors or retailers. We deal with a vast and varied line of products – virtually anything you find sold in retail stores.

Companies I do business with include federal, state and local governments, food producers, furniture manufacturers, electronic companies, clothing and sporting good companies, jewelers … the list goes on and on.

**EXHIBIT A**
21

(Continued on Page 5...)

Some companies are going out of business and have to liquidate their inventories. Others have recklessly bought or over manufactured products and now have to make room in their warehouses for newer or more profitable items. They are willing to take substantial loses in order to do so.

This enables us to buy up entire inventories for "pennies on the dollar" and resell them at substantial mark-ups. Following are some of the major reasons companies dispose of products:

- Deleted items
- Re-packaging
- Re-labeling
- Contract cancellations
- Order cancellations
- Discontinued models
- Labeling errors
- Going out of business
- Overstocks
- Obsolete models
- Merchandise returns
- Excess production
- Insurance claims
- Bank repossessions
- Packaging errors
- Changing business

Every year millions of new products come out. Consumer tastes and demands change continuously. Companies must adapt to new consumer trends in order to stay competitive.

Technological advancements in radios, TV's, computers and all types of electronic equipment render older models less useful or even obsolete. These older versions become "closeout merchandise."

This merchandise is still marketable – if the price is right. That's where our expertise comes in. We know their worth. We make offers to sellers knowing the amount of money their merchandise will command in the marketplace. If the selling price allows us the profit margin we're looking for, we buy!

## Billion Dollars a Year in Profits?

Here's a startling revelation! One company I know about is making close to **ONE BILLION DOLLARS** a year buying and selling closeout merchandise. That's our goal and it's clearly achievable.

Our business has been growing by "leaps and bounds" and I'm inviting you to join us on the royal road to riches. Read what a leading business research firm has to say about our company:

*"World Home-Based Business Opportunities Reviewers (WHBO) wants you to know that if you want to make money in a home based business you must have a money making*

**EXHIBIT A**

*(Turn Page Over...)*

*opportunity that is real. **Mr. Zaken's money making plan is 100% real!!!** It contains a wealth of knowledge about a highly profitable (and secretive) field. Mr. Zaken shares with you little known techniques. You can get started right away, and your profits could start rolling in a very short period of time. Simply no gimmick, a real money-making opportunity."*

*Lydia H. Dobes - **World Home-Based Opportunities Reviewer***

Now, I'll be perfectly candid with you. I'm <u>not</u> an altruist or philanthropist. I'm a businessman and realist. It so happens that I can increase my profits and build my business by offering you this unparalleled opportunity to work hand-in-hand with me.

Let me dispel a notion that may have crept into your mind. I know there are a lot of mail order promoters out there who are selling manuals, folios and books on how to make money. These are mostly worthless because they are usually theoretical or not based on <u>up-to-date</u> business experience.

The marketplace is continually changing. A book written a year ago may not have any practical application in the marketplace today.

These publications are being sold for profit to gullible people who believe the hype and lies the promoter is spewing forth. There is <u>no</u> follow-up or assistance provided by the author or promoter. Once they make a sale, they are through with you. What I'm presenting is <u>not</u> one of those offers!

I'm <u>actively</u> involved in my business. <u>My profits are derived from buying and selling closeout merchandise</u>, not selling my business plans. My profits come solely from **you** <u>putting my plan into practice</u>! That's why I offer to send you my plan at **my risk**. You <u>don't</u> pay me one cent UNLESS you profit!

The final point I wish to make is I'm <u>guaranteeing</u> your investment! If you don't like the plan or you fail to make the money you expect, send it back! You <u>won't</u> be out a penny! You <u>won't</u> owe a penny!

## Here's How You'll Make Money

As I've already stated, I make money buying and selling closeout merchandise. What you will be doing for us is phoning, or e-mailing the type of businesses we tell you.

You ask a few simple questions. If they respond affirmatively - in other words, they have an interest in selling some or all their product inventories, you notify Zaken

EXHIBIT A
23

*(Continued on Page 7...)*

Corporation. My team and I contact them and attempt to negotiate a deal.

Whenever we are successful in buying and reselling their product(s), we'll send you a "finder's fee" equivalent to 50% of the total sales price!

For example, you contact an importer and discover they have 12,000 wall clocks they are eager to delete from their inventory. You notify me. I make them an offer for $5.75 each. They agree. I then sell them to a volume wholesaler for $7.75 each – making a total profit of $24,000.

### YOU MAKE $12,000!

**I then send you a fat "finder's fee" check for 50% of the total profit … That's $12,000 in your pocket for just one phone call or contact. That's $12,000 for you. $12,000 for me.** Can you think of a faster, easier way to make $12,000?

Or perhaps you discover a manufacturer that over-produced 21,000 men's dress shirts. You notify me. I make them an offer. They accept. I then quickly turn them over and realize a gross profit of $17,500! **You get half! You'll receive $8,750 in your mailbox within a few days!**

Let me give you one more example. A food wholesaler has 42,000 boxes of a cake mix that is nearing their expiration date. They contact YOU! (This often happens once you've done business with a company). You contact me. I negotiate a deal that nets .40 cents profit on each box. **Your mailman soon hands you a whopping check in the amount of $8,400** – all that money for the few minutes it took you to answer a call and notify me.

See why this is the money making deal of a lifetime? There's not another business where you can make these kinds of dollars with such little effort.

Once more …

> ➢ You never have to sell anything
> ➢ You never have to stock anything
> ➢ You never have to advertise anything
> ➢ You never have to use your own money
> ➢ There's absolutely no personal or financial risk

It's as simple as 1-2-3! You simply locate sellers of merchandise. I negotiate the deal and find the buyers. You and I split the profits of every sale.

(Turn Page Over...)

Why am I willing to split half my profits with you? Two reasons: One, you are locating deals that we may never have learned about and ultimately lose to our competitors. Two, it's more time and cost effective for us to "negotiate" deals rather then search for them.

## Tens of Thousands of Companies You Can Contact … Each Week!

Basically what you will be doing is gathering leads for me to follow up on. Not all those leads will result in sales but it's a percentage game. The more companies you contact, the more legitimate leads you will uncover. The more legitimate leads you uncover, the more profits you and I will make. I've been in this business long enough to know this as a FACT!

Most of my buyers are large chain store operators. In fact, some own several hundred stores. Imagine how much merchandise they need? They are in constant need for vast and varied quantities of merchandise – year round. That's why I need YOUR help locating merchandise I can sell to them.

Toward this end, I'll personally help you build a thriving, profit-generating business of your own. You find the merchandise. I'll handle all the rest. For every sale I make you collect 50% of the profits. Sound good so far?

You won't have to waste time looking for prospects with products to sell. I'll show you how and where to find companies with the largest quantities of closeout items. The larger the company, the larger their inventories and the greater the likelihood they have inventories to dispose of. Large quantities mean LARGE PROFITS!

I'll direct you to the types of companies that are known to do business with liquidators. It's part of the way they do business. Every so often they "clean house", so-to-speak.

## Closeout Merchandise is Reaching Epic Proportions

The liquidations field has been estimated to be in excess of **$12 BILLION DOLLARS** and expected to multiply within the next several years. Reputable news and congressional sources report that the amount of closeout merchandise stored in Federal Government warehouses ranges from **35 BILLION TO 50 BILLION DOLLARS**! That's government alone! The amount of surplus and discontinued items that are stored in the private sector is far greater. How greater? This is a fact ...

(Continued on Page 9...)

# 30 MILLION DOLLARS
## Of Closeout Merchandise Becomes
## Available — <u>EACH</u> <u>DAY</u>!

**That's 30 MILLION DOLLARS** of closeouts on the open market <u>waiting to be sold</u> <u>EACH</u> <u>AND</u> <u>EVERY</u> <u>DAY</u>! It amounts to over **150 MILLION DOLLARS a week** … **600 MILLION DOLLARS a month**! This represents a "gold mine" of potential profits for savvy entrepreneurs who choose to get into the liquidation business NOW!

Every item stored in warehouses across the nation has a potential buyer. It's just a matter of bringing sellers and buyers together. My wealth-building plan reveals how you can find the sellers. I'll find the buyers and split sale profits with you 50-50!

I make it easy for you. Included in my "Wealth Building Plan" is FREE "inside" information that tells you where you can get lists of all the companies that sell closeouts! All you have to do is go to the lists and start calling or e-mailing.

I tell you <u>exactly</u> what to look for and <u>precisely</u> what to say – <u>verbatim</u>! And if you don't like talking to prospects on the phone, you don't have to. I have tailor-made letters you can mail out, or e-mail to companies to solicit business.

I cover <u>everything</u> you need to succeed! Nothing is omitted, left to guess work or trial-and-error. That's because my success depends on <u>your</u> success. I make money when you do. Just in case I missed something – or some of my instructions aren't perfectly clear, I offer you …

## Free Phone Consultation Whenever Needed

My plan covers everything from A to Z in an easy to <u>understand step-by-step instructional format</u>. It's so easy to understand and follow, you'll coast all the way through it in <u>less</u> than an hour. You could use this plan by itself to start making <u>HUGE</u> profits. But I want to make absolutely sure of your total success so you can make the most money possible.

I am therefore supplementing this valuable material with <u>unlimited, personalized step-by-step guidance whenever you need it</u>. Call us personally. We will take you by the hand to make sure every question, concern or problem is <u>immediately</u> answered and addressed to your complete satisfaction. And if I'm not available to take your call, one of my professional "right-hand" counselors will always be there for you – our expert advice is just a phone call away. You can count on it!

E━━━ ┑IT A

26

*(Turn Page Over...)*

This is a service you won't find any moneymaking book promoter offering. That's because they're only interested in making a profit by selling you a book. My interest is seeing you make as much money as possible using my wealth-building plan. My profits come from you implementing my plan. I hope this is clear to you by now.

I could charge $200 or more (going rates) each time you use this consultant service – and it would be well worth it since one little piece of advice could turn out to be worth thousands of dollars to you. But I'm offering it FREE because it will benefit us both in the long run. By helping you find the best ways to find closeout merchandise, I can double, triple and even quadruple my profits (and yours too).

## Buyers on Standby

I have buyers right now who want and need closeout merchandise. Their business depends on getting reliable suppliers of good quality merchandise at discount prices. They know me as a reliable supplier. They are counting on me to help them get the merchandise they need. I just don't have the time to contact the thousands upon thousands of businesses who have discount merchandise to sell.

Do you know there are more than 500,000 THOUSAND companies you could contact for closeout items - EACH MONTH? There's no way I could reach them all.

This is why I'm inviting you to join me and become my "Partner-in-Profit." I need closeout items to sell to my buyers! All you need to do is telephone, or e-mail prospective sellers. As per my simple instructions, you find the merchandisers and refer them to me. That's all you have to do!

I'll tell you exactly what to do to uncover prospective sellers. It's not at all difficult or complicated. One telephone call could net you thousands (even tens of thousands) of dollars.

And in case you're worrying about the cost of making long distance telephone calls, let me put your mind at ease. I'll show you how to call long distance from all over the country without having a cent charged to your monthly telephone bill!

## Your 50% Profits Assured

Your earnings are guaranteed! To make sure you get every penny of profit you are entitled to, I'll send you a copy of each company contract, verifying your exact earnings for the items you located.

EXHIBIT A

27

(Continued on Page 11...)

<u>Your cut is a whopping 50%</u> on every sales transaction resulting from your contacts.  You could make a very good spare-time income if I paid you just 10% or 15%. But I look at it this way … if it weren't for you finding the merchandise for me, I wouldn't have earned a dime. That's why I'm more than willing to cut you in on <u>half</u> of the sale price.

For example, if a deal nets me $60,000, **you get $30,000** – I get $30,000. That's $30,000 I wouldn't have made if it weren't for you! It's only fair!

## You'll Also Get Free Gifts Galore

As soon as you start working with me, I'll periodically send you **valuable merchandise FREE!** These are free samples I get from companies I do business with. You can use them for your own personal needs, give them away as gifts or sell them for a profit. All the items are brand new, not seconds or used.

It's just <u>one</u> of the "perks" you'll get working with me. The merchandise samples will be <u>shipped</u> <u>directly</u> <u>to</u> <u>your</u> <u>home</u> as soon as I get them. As I said, what you do with them is your business. You could make a nice supplementary income by selling them if you choose.

## Unique Money Making Breakthroughs Contained in My Wealth Building Plan

As a participant in my experimental 30-day RISK-FREE marketing experiment, you'll receive everything you need to start making money immediately.

Each of the following subjects is covered in detail. Only my staff and I know about these moneymaking strategies, tips and techniques. They've been our most closely guarded secrets. They're for your <u>exclusive</u> use <u>only</u> while participating in our program. Here's what you'll learn as soon as you get my closely-guarded kit:

- ✔ Instructions on <u>how</u> and <u>where</u> to find the best closeout items.
- ✔ Where to find deals that generate the greatest profits.
- ✔ "Insider" secret techniques we found that get the greatest results.
- ✔ <u>Powerful</u> and <u>proven</u> strategies (only we know about) that will help you rack up profits, fast and easy.
- ✔ How to call prospects all over the country <u>FREE</u>
- ✔ How to make an <u>instant</u> assessment whether you have a

*(Turn Page Over...)*

"hot" prospect

✓ How to quickly gain the confidence and trust of prospects.

✓ How to connect with legitimate sales prospects within hours of receiving your packet.

✓ What to say when you call (mail, or e-mail) prospects.

✓ How this business can put you financially ahead of 99.8% of the population in this country.

✓ How to get your mailbox filled with FREE, brand-new merchandise.

✓ Why this business will earn you a reputation that will be the envy of all your friends, neighbors and former co-workers.

✓ A simple seven-word phrase that <u>instantly</u> pays you cash profits.

✓ A simple <u>fail-proof</u> technique that literally guarantees your success.

✓ A <u>complete</u> package of ready to use forms, instructions, guidelines, sample letters and magic tools that <u>instantly</u> open doors to profit opportunities that are absolutely closed to all "outsiders."

✓ Plus much, much more.

## This ZERO-RISK Trial is Strictly Limited to the First 100 Qualified Respondents

Let me <u>stress</u> again - this risk-free trial is limited to the <u>first 100 qualified</u> (money motivated) <u>people who respond</u>. It's a RISK-FREE 30-day experimental program the nature of which I'll explain a little later. I'm offering to ship the first 100 people who respond, my "Wealth building Program" to try for one full month at <u>my</u> risk. You simply send a <u>refundable</u> "good-faith" deposit of $148. You'll get everything you need to start earning money. If you don't make at least $4,000 (or more) within 30 days ... you get your full $148 back ... no questions asked!

If you're one of the 100 people to qualify for this one-month risk-free trial, you will be eligible for <u>unlimited</u> and <u>ongoing</u> assistance from me or members of my staff. Within your one-month participation, if I make you <u>less</u> than $4,000, you can leave the business **(get your full money back)** and keep the profits you've made. If I earn you <u>more</u> than $4,000, I keep the small one-time program fee of $148 and you continue on as long as you like. That's strictly up to you.

(Continued on Page 13...)

If you decide to continue on, you will still be eligible for FREE unlimited and ongoing phone assistance as long as you remain active in the program.

## Unlimited Profits for my
## Business Associates

Technically, this working arrangement is not a partnership. It is better than a partnership. In a partnership you would have to invest a percentage of working capital in the business. If it were a full partnership it would be half of the total assets of my business. This would amount to hundreds of thousands of dollars.

In this business arrangement you get a full partnership share of 50% of the profits without investing a dime in my business. You'll get all the advantages of a full partnership ...without the financial investment or risk

I could have offered this opportunity as a franchise. If I did, you would have to pay me a hefty five-figure investment with no refund privilege if you failed to make money. If you made money, you would have to pay me a percentage of every dollar you make. Once more, you would have to absorb all the expenses associated with operating your business.

Now see the enormous advantage of becoming my "business Associate?" You make more; risk nothing, yet you have all the advantages of being backed by a national corporation! All this for a small one-time fee of $148 (which you don't pay UNLESS you earn $4,000 (or more). You could easily recover that start up fee the first day in business. One two-minute phone call could net you thousands of dollars.

## Land at Least One Potential
## Deal for Every 25 Calls

Knowledgeable experts in the liquidation field estimate you average one (1) seller of closeout merchandise for every 5 or 6 calls you make. However, I feel the expert's estimates are inflated. My experience shows that, on average, it takes 25 calls to find a seller. (I believe the 1 in 25 ratio is more realistic.)

Now let's break those calls down into actual time. Each call that turns up nothing takes about one minute or less. The call that uncovers a potential deal will take a little longer - approximately 5 minutes or less to jot down the information we need. That's a total of about 35 minutes. What can you expect to earn?

EXHIBIT A
30 3

*(Turn Page Over...)*

# Based on Our Experience the Average Profit Per Deal Amounts to
# $8,560!

Half goes to you! Which means the average commission check you get per deal you find and I sell will be approximately $4,280!

That's $4,280 for one deal! **$4,280 for less than one hour of work**! Now suppose the experts are correct. Suppose you'll net 3 or 4 deals instead of 1 for the 25 calls made. Do the math yourself. Multiply 4 times $4,280! That's your potential take!

Remember, we are talking about averages and percentages. We're not guaranteeing you'll hit on 4 deals – or even 1 for the 25 calls you make. But on average, 25 calls should potentially net you at least one commissionable deal. What other job or business pays you **$4,280 an hour?**

## Peace of Mind and Financial Freedom Can Be Yours

Once you learn my simple wealth building system, you'll be able to make as much money as you need and want. In a job you are paid an hourly wage or salary. Your income is pretty much fixed unless you work a lot of overtime hours. Even then, your income is limited by the number of hours in the day.

Not so in this business. You control the amount of money you make! You're not bound by a fixed wage or number of hours you put in. If you want to make more money, you simply make a few extra phone calls or send out a few more letters or e-mails. It's as simple as that – really! I've been in this business long enough to know this as a FACT!

You could have all the money you need to do the things you want, when you want. When you wish to take an extended family vacation anywhere in the world, you take it. Need a new car? Go out and buy it – cash on the barrelhead. Now that's financial freedom ... being in total control of your financial future. You aren't financially free living paycheck to paycheck

## How Much Money Will YOU MAKE?

I'll answer that question with another question...How much

(Continued on Page 15...)

money do you want to make? The sky's the limit! If that's too hard to believe, I'll give you a realistic ballpark figure. I estimate 2 to 4 hours a week working this business will earn you an average of $3,000 to $6,000.

These estimates are based on past experience and knowledge of the marketplace. You could make more or less, depending on a number of marketplace variables.

The most important factor of all is the strength of your commitment to learn and follow the step-by-step instructions and procedures set forth in my "Wealth Building Plan." It won't "magically" make money for you. You have to work it.

You choose the hours and days you want to work. It's your call. You're the boss. There are no minimums or maximums. It depends on your income objectives and personal goals. If your goal is to retire in 5 years, this business has the potential to make it happen. If you just want a couple thousands a month for some "extras" in life, that's easily achievable.

Our goal at Zaken Corporation is to help you make as much money as you want - as quickly as possible.

The more money you make, the happier I will be. The reason is obvious. The more money you make, the more money I make. I have a vested interest in your success. It's "one hand washing the other." Therefore, you can count on my assistance as well as the resources of my corporation whenever needed.

## Opportunity Reviewers' Observations and Comments About My Wealth-Building Plan

Up to this point, I've been pretty much "tooting" my own horn. I've been telling you how great this business is and why you should "jump" at the opportunity I'm presenting. But what do others have to say?

I submitted my plan to marketing experts, opportunity publishers and several entrepreneurs who gave the business an actual "trial run." They gave me permission to put their verbatim comments in this report. Here they are:

*"Every once in a while something incredible is put together that people can use to* **TRULY EARN MONEY AT HOME.** *We are in business of searching for moneymaking opportunities throughout the world. We then investigate and evaluate those opportunities.*

*"Over the past several years. I have personally searched out and investigated over 230 moneymaking ideas from all over the world.* **Mr. Zaken's money making Plan is 100% real!!"**

EXHIBIT A
32                                      *(Turn Page Over...)*

"In his Plan you will find instructions that you can use and they are real. You will find addresses and they are real. On top of that, you will also find phone numbers and they are real. You can be young or old, live in a big city, a small town, or somewhere in between. As long as you have a telephone or an address where you can receive mail, this opportunity is for you. The entire system is designated for one person to handle. You can spend one or two hours a day working it at home in your spare-time."

"What's really unique about this business is that you're in business for yourself _but not by yourself_. Mr. Zaken works with you personally, so you benefit not only from his years of experience but from his host of connections as well."

"I went through all the documents and it is true! You simply find merchandise and Mr. Zaken sells it for you and splits profits 50/50 with you. There are absolutely no investments and no risks on your part. That is one major reason I like this opportunity so much. The only thing I disliked about it is that no information is revealed on the 'selling' end of the business – that's in case you wanted to try and sell the merchandise on your own and keep 100% of the profits. But then again, Mr. Zaken never offers nor intends to teach you those secrets. His goal is to help you help 'him.' Mr. Zaken's Plan is a TOOL TO MAKE BOTH YOU AND HIM MONEY. **After I saw the bank statements with such huge deposits, I can only say GET THIS MONEYMAKING PLAN!"**

> **• Lydia H. Dobes, "World Home-Based Opportunities Reviewers"**

### Gives it "TOP RATING"

Dear Mr. Zaken:
"We are pleased to inform you that your program has been reviewed and received a rating of **top $$$**. Your program will be featured in our "Monthly Picks" section for the month of February. Your program will also be listed in our "Top-rated Moneymaking Opportunities" section for one full year beginning in February. Granted, your money-making idea is superlative."

> **• Dan Hall, Hall Enterprises**

### FIRST 2 DAYS – "I am finding merchandise left and right."

"I have never had an offer that I like as well as your business plan. I have begun contacting companies just two days ago and I am already finding merchandise left and right. I love this business!"

> **• Rubye L. Washington,** Houston, Texas

### "First Commission Check - $8,836.54"

"I just received my first commission check in the amount of $8,836.54. That's awesome. Easiest money I've ever made. Thank you so much for this wonderful opportunity. Everything about this business works. I want to be part of your wonderful team for a long time to come."

> **• Gary R. Gardner,** Milwaukee, Oregon

### FIRST 3 DAYS –"Found 6 Items"

(Continued on Page 17...)

*"I want to let you know that I will be doing this business full time. I received your package 3 days ago and already found 6 different items. This business is the best thing that could happen to me. Your concept is easy and workable for me because you're right by my side doing the selling. God bless you always."*
• **Nancy Radhwel**, *Tampa, Florida*

<u>**ONLY 3 WEEKS** – *"Produces Large Profits. Excited what this business has already done for me."*</u>

*"It's now 3 weeks since I received your moneymaking wealth-building home business plan. I was impressed with the information. And let me tell you, I'm excited for what this business has already done for my family and me. The opportunities are endless. It's risk-free and produces large profits. I also enjoy and greatly appreciate getting your free personalized assistance. Thanks for your help and support."*
• **Andy L. Rivas**, *Rocky Hill, CT*

## Do I Have an "Unspoken" Profit Motive for Making You This Offer?

YES! I'll be up-front and perfectly honest with you. If this 30-day Risk-Free trial marketing experiment proves to be as successful as we project, I intend to publish my plan in hardcover edition and sell it to other entrepreneurs for $2,495.

Why not? It will increase corporate profits (remember, I'm a businessman first and foremost). No, it won't be cutting into my closeout business profits. It will be <u>adding</u> to them. There's enough business nationally for thousands, even tens of thousands more closeout entrepreneurs (like you). It's virtually impossible to saturate the market. Remember **30 million dollars in closeout merchandise becomes available EACH DAY!**

This brings up another <u>important</u> point concerning <u>YOUR</u> participation in my marketing experiment. After your 30-day involvement, I will need your honest opinions about the business and the amount of money you made. This is an essential part of the deal so I'll have <u>verifiable</u> proof that my business plan works as advertised.

Today people are skeptical of any claims made by promoters (with good reason). They want concrete proof of claims before they invest substantial sums of money in a business opportunity.

I can't see why you would find this requirement objectionable. After all, you stand to make a <u>lot</u> of money in exchange for a few written comments. Once more you will be getting a plan that will be introduced in the marketplace at $2,495.00 (and worth far more). You pay only <u>one-time</u> fee of $148.00. That's a <u>savings of $2,347.00</u>! And you don't even pay the $148 fee unless you succeed and profit!

EXHIBIT A
34

*(Turn Page Over...)*

But just in case you don't want your name circulated on my marketing materials, you <u>can</u> remain anonymous, just so long as I have your name and statements on file for inspection. It's a FTC requirement.

## I NEED 100 <u>SERIOUS</u> INDIVIDUALS <u>ONLY</u>!

You see, my time is very valuable. I'm <u>actively</u> involved in my business. <u>My profits are derived from buying and selling closeout merchandise</u>, not selling business plans. The $148 fee doesn't even cover the value of the information or expenses of preparing and shipping it to you. My profits come solely from <u>you putting my plan into practice</u>! That's why I want serious people only!

This is why I have decided to charge 100 people a very small amount of money (only $148 plus $16 for s&h) to partner with me. I know if somebody is not willing to make a small financial commitment like this, to be a part of such an opportunity as this, then they simply are not serious. And these are the people I don't want to do business with. However...

## You do <u>not</u> pay anything ... <u>not</u> one red cent ... <u>unless</u> you pocket $4,000 (or more)!

Yes! I <u>don't</u> <u>want</u> <u>your</u> <u>money</u> unless I prove to you how profitable this business is. You see, I want you to get my program, read it, put it to the test.  All I ask is that you commit 2 or 3 hours a week for the first 30 days.  Then count your profits.

If you haven't made at least $4,000 ... if you're not convinced this is the most easiest and simplest way to make money you've ever seen, simply return the kit at the end of the month. Your <u>entire</u> good-faith deposit of $148 will be sent right back to you. You haven't paid a penny ... haven't risked a thing. *(Should you decide to use your credit card, your card will be credited in full)*.

The only reason I won't send you my program and bill you later is because that involves a lot of time and effort. I'm already giving you the biggest bargain of your life. If you're not willing to send in a small "good-faith" deposit to show your sincerity, then you simply are not serious. Please, <u>do not respond</u> if you're not 100% serious.

## <u>Is It Mere Coincidence You</u>
## <u>Received This Letter</u> ?

Many of today's religious leaders and "New Age" philosophers believe that everything that happens in life has a purpose. <u>There is no such thing as a coincidence</u>. You received this letter <u>not</u> by coincidence or accident but because <u>you</u> <u>were</u>

                                          (Continued on Page 19...)

meant to receive it. It's an opportunity for you to change your whole life around; to share in the abundance that is your right as an inhabitant of this earth.

You have "Free Will" to decide whether to take advantage of it. Are you ready for a change in your life? Are you discouraged with your financial situation and prospects for the future? If you are, take serious consideration of this opportunity.

Pause for a moment and think …

If you knew everything I said in this report were true … that you could indeed make up to $12,000 in the next 30 days, spending approximately 2 to 4 hours a week making calls or e-mail contacts, would you act on it? If your answer is no, there is no reason to read any further. Case closed!

If you would act on it but just don't believe what others and I have said, I'm truly sorry. I failed you. I don't know what else I could say or do to convince you this opportunity is legitimate. Both of us lose out. You lose because you will be passing up a no-risk opportunity to make money and secure your financial future. I lose out because of missed profits.

I'm making you this offer as honestly and straightforward as I can. I KNOW it works! Otherwise, I couldn't and wouldn't put this ironclad double guarantee in writing:

## My DOUBLE Guarantee Simply Stated

I want you to be 100% sure my Wealth-Building Plan is right for you. If it isn't, neither one of us can benefit. That's why I'll let you see it, read it, (and profit from it) before you commit. That's why I'm offering you not just one but **two** (2) **Rock Solid Guarantees:**

---

### GUARANTEE #1: YOU DON'T PAY UNLESS YOU PROFIT

*Order my Risk-Free moneymaking Plan now. If you are one of the first 100 qualified respondents, I will rush you my Wealth-Building Plan at MY RISK. Once you receive it, examine it in your home for 30 days. Try it! It's simple! If you don't make the quickest, easiest $4,000 of your life within this period, simply mail the package back within 30 days. You'll get your full money back...guaranteed!*

*I want you to try my system before you commit. I promise you within the first 2 hours, you'll know whether this opportunity will produce the results claimed. You'll know if this opportunity is right for you and whether it can **end** your money worries for good. Try it. Count your profits. Then and only then, make a decision whether you want to keep the kit or not. I don't want you to keep it unless you are 100% convinced this opportunity is for real; that this is the quickest, easiest and simplest way to make a lot of money for a long time to come.*

---

## GUARANTEE #2: $250 Money-Back Guarantee (Good for 2 FULL-YEARS)

*Here's an unusual guarantee you probably never saw or heard before. After you try my Plan RISK-FREE for 30 days from home, if you profit and decide to keep it, I keep your $148. But it doesn't end here. Once you submit a total of five leads, if you're not thrilled with the amount of money you continue to make, **I'm willing to refund your $148 and add another $102 for a total of $250** – ANYTIME WITHIN THE NEXT TWO YEARS! That's right! You have two full years to get your $148 back, plus $102.00 extra.*

*You are the sole judge. For example, if you wanted to make $150,000 and are disappointed because you only made $125,000 within the two-year period, you are still entitled to a refund of $250. No, I'm not crazy. I'm so convinced that you're going to be ecstatic with the business and the amount of money you make, I'm putting my money where my mouth is. If you're not happy, **you get $250 back anytime within the next 2 years**. That's my personal guarantee as well as a "token of my gratitude" for giving my program a try.*

## Plus ... I'll Send you a Valuable Free Gift Worth $129 JUST for Replying!

Maybe you like the plan but are thinking, "what if I'm not one of the first 100 to respond. I'll be left out and disappointed." I can almost assure you, YOU WILL BE disappointed if you don't respond immediately. But if you miss the cut-off, here's something that will ease your disappointment a little.

I'm going to send EVERYONE who responds to this letter (winners or losers), a bonus moneymaking plan worth $129.00! This is a dynamite package of profit-packed information that can earn you $100,000 a year! This is on top of what you can earn as a closeout finder! This plan is "HOT!" It can in-and-by-itself make you rich! It's yours FREE for taking enough interest to respond.

## You Can't Lose! At The Very Least You Come Out $129 Ahead

Look the bottom line is this ... if you receive the Wealth-Building Plan and decide it isn't for you – or if you're not fortunate enough to be among the first 100 to reply, I still want you to have and keep the FREE $129 Bonus Plan. I assure you, it will "knock your socks off." You are free to use it to make as much money as you can. And as I said, it has the genuine potential to earn you $100,000 a year and MORE!

EXHIBIT A
37

(Continued on Page 21...)

The only possible chance you take is that your order will be received too late and you'll miss out of the opportunity to participate in this zero-risk money making experiment.

**But you still come out $129.00 ahead (at the least)!**

Could anything be more fair ... easier ... or less risky? Remember, you are under no obligation! Your only commitment is to examine and evaluate the plan. You don't have to make a decision whether to commit until you have actually reviewed it, tried it and proven to yourself how easy it makes money for you. Of course if after examining it you don't feel it's right for you, (or if you're disappointed by the amount you've made) send it back – within 30 days – and you'll get your full money back. Remember, you must make at least $4.000 in 30 days. If not, send it back and your full $148 will be put in the return mail.

## Now It's Time to Decide

I've laid out my offer as honestly and factually as I can. You've heard the testimony of experts and entrepreneurs. If I were in your shoes, I would jump at this opportunity. I know the difference this business has made in my life and the difference it can make in yours.

Picture yourself running your own successful business, raking in more profits than you ever imagined. Picture yourself going to the bank daily and depositing huge commission checks. Imagine the lack of money no longer being a factor in your life. You can go out and buy anything you want, anytime you want. Pipe dreams? No my friend, reality! This business can (and will) make it happen if you only give it a chance.

Right now, I think there's a really, really good chance you're going to make it happen. I hope I'm right. I hope you're going to say YES to success and a brighter financial future.

You have an important decision to make. In view of what's at stake (your financial future), it may very well be the most important decision of your life. Please don't hesitate! Make your decision NOW! Tomorrow may be too late. Don't let this opportunity slip away.

I sincerely hope you are one of the first 100 respondents. If you are, here's my solemn promise to you: I'll do everything in my power to making you a huge success.

With warmest regards,

Tiran Zaken, President
The Zaken Corporation

**EXHIBIT A**
*(Turn Page Over...)*

**P.S.** Don't forget. In order to qualify, your RISK-FREE REQUEST **MUST BE ONE OF THE FIRST 100 RECEIVED**. If it isn't, your order will be sent back with your un-cashed check, along with the $129 FREE BONUS GIFT already mentioned. It's a fabulous gift that will benefit you financially.

I expect a huge response to my offer. I genuinely hope you are one of the 100 people who make it under the wire. I honestly believe you'll never see another opportunity as simple and amazingly profitable as this!

Here are the quickest ways you can respond to avoid losing out:

**BY MAIL:** Simply complete the RISK-FREE REQUEST FORM on the following page. Date it! Clip it. Stick it in the enclosed business reply envelope. Then put it in the mail TODAY!

**BY PHONE:** If you have a Visa, MasterCard, Discover or American Express, call us **TOLL-FREE 24 hours/7 days at 1-800-840-0346.** Call NOW!

**BY FAX:** If you're ordering by credit card, you can also fill out the RISK-FREE INSPECTION REQUEST FORM on the following page and **fax it** to us RIGHT AWAY at **(805) 262-6080.**

**If you order TODAY, RIGHT NOW,** I'll make every effort to get your package in tomorrow's UPS shipment.

(CALL IMMEDIATELY, or go to the next page and complete the Zero-Risk Inspection Request Form! DO IT NOW!)...



The Zaken Corporation headquarters in Thousand Oaks, California in a GIANT two-story 37,000 square feet facility that houses executive offices and warehouses closeout merchandise. Visit us if you like. Our address is 2610 Conejo Spectrum, Thousand Oaks, CA 91320. Our doors are always open to you!

EXHIBIT A
39

(Turn Page Over...)

# *Here are real results from real people.*
# *If they can do it, you can, too.*

## First Deal – $12,439.40
### "Took me a couple of hours"



"On my first deal, it only took me a couple of hours, I made over $12,400. Am I selling? No. Nothing. Zaken has all the hard work. They have to sell, not me. I have the easy job. I say I work probably two, three hours a week on this. It doesn't take long. Over the last months, I made over $32,000. This is the BEST business I have ever encountered in my life."

Henry Wasserman, Woodland Hills, California

## First Check – $2,195.63
### Success After Trying Other Home Businesses

"We are really excited and want to thank Zaken. After trying many other failed home-based businesses, my fiancé and I reluctantly decided to try the Zaken opportunity. Are we glad that we did!"

Anthony and Donna Davidson, Ontario, Canada

## "First Commission Check. . . $8,836.54"

"I just received my first commission check in the amount of $8,836.54. That's awesome. Easiest money I've ever made. Thank you so much for this wonderful opportunity. Everything about this business works. I want to be part of your wonderful team for a long time to come."

Gary R. Gardner, Milwaukee, Oregon

## First Check – $5,164.00

"The program is so easy to follow. I put in six hours, if that, into making this $5,000.

"With the way things are exploding for us, the sky is the limit. We have 45-46 actively working deals right now, 16 of which are in the final stages. And that's part-time, in between changing diapers and cleaning house and playing taxi for mom and kids. It's that easy."

Michelle Bromley and Stacy Shagru, Austin, Texas

## Over $3,800.00 in 30 Minutes!

"It took me approximately 30 minutes. . . And I made over $3,800. Thirty minutes.

"All I do is spend a couple hours a week. The potential is there to make a lot of money. Full time you could do well into the six figures."

Royce Dixon, Littleton, Colorado

## "I made over $10,000!"



"Words cannot explain how grateful and thankful I am at what this great opportunity has brought to me. I made a little over $10,000. This plan has changed my life. I now can do things that I've only dreamed of doing and this plan was the key that opened the door. This is a real business."

Denene Brown, Los Angeles, California

## 3 Deals in Less than 4 Weeks!



"I started with Zaken about four weeks ago and in that little bit of time Zaken made 3 sales out of 5 that I sent in. Thank you Zaken for an extra way to make money."

Jerome Blaith, Milford, Ohio

## "There's NO SELLING."

"I wanted to work at home. My family was all very skeptical, as so many other programs I've tried were less than above board. This program is certainly everything you said it is and more. I got my first check for $1,512.00, followed by my second. There's NO SELLING. I love it. I can make a real living at this. I'm pleased to be a part of a winning team. This is a wonderful opportunity."

Dorothy Whaler, Adams, Wisconsin

## $795 an Hour!



"The length of time it took me was maybe two hours. And the profit that I made was amazing. In two hours, $1,591. It was so simple, it was mind-boggling. Like Zaken says, they do all the work for you."

Matthew Young, Seabrook, South Carolina

## First Check – $8,313.00

"Awesome. I recommend this to anyone who needs extra income."

Travis Eubanks, Claremont, Oklahoma

## First Deal in a Couple of Days

"It's very simple and very rewarding. Within the first couple of days I already had my first transaction, and I got my check."

Erwin Azurdia, Monterey, California

## First 3 Days – First Commission!



"Zaken has surprised me. Everything became a big surprise the moment I got involved with Zaken. You expect the worst but you get the best with Zaken because everybody is human here. There's no gimmicks, there's no lies. We followed the steps. First day, we got 12 calls. It was great. It was fantastic to receive that kind of response."

Dottie Powell, Imperial Beach, California



EXHIBIT A

40

# First Check – $22,268.00



"What has impressed me most is the integrity of the company. The people at the Zaken Corp. are honest and ethical, and work to make your deal happen. Anyone who is willing to work a few hours a week can gain financial success."

James Nordlund, Miami, Florida

# $7,768.60 Within a Day



"I had been looking to find a job I could do from my home. One that allowed me the ability to work at my own pace and make my own hours. Within a few days after becoming an associate, I brought in $7,768.60. Thank you. Thank you."

Bob Gought, Greensville, Virginia

# First Check – $3,716.14



"I am thankful for the Zaken Corp. and that I am able to work with you. I had been looking for something I could do from home. Thank you so much for all your help and support."

Jacque Doane, Canton, Kansas

# First Week – 4 Deals

"I was shocked when I realized how many companies have merchandise they want to sell. I looked hard for a REAL work from home business. Having tried many different programs, I had all but given up that there was a work from home business that was legitimate and could really make me money. When I received the information from Zaken Corporation, I was somewhat skeptical. I decided with the money back guarantee I had nothing to lose and everything to gain.

"I am so glad I took advantage of the offer. In my first week I found 4 companies anxious to do business. This is truly a lucrative business and one that can be the last business you'll ever need. I am so glad I decided to 'go for it'!"

Dennis Bray, Huntington, California

# First Check – $2,315 "This is for real."

"I was very skeptical, but I thought I'm gonna give it a try. That skepticism didn't last very long. This is for real. Zaken Corporation is for real. The concept is simple. It's fun and easy. There's no risk involved. If you want to be successful, this is it!

"Anyone can do this. The support from Zaken is fabulous. I was very, very impressed from the beginning, how much support I received and encouragement. They make it easy. They're there for you every step of the way!"

Cheryl Neithercott, Helena, Montana

# First Deal - $4,880.00

"For my first deal, I made $4,880. Anybody can do it."

Sekou Diaby, Marietta, Georgia

# $8,000.00 in Four Hours

"In four hours I made $8,000. It's really pretty basic to follow. Anybody can do it."

Steven Eubanks, Claremore, Oklahoma

# An Hour a Day

"I devote an hour a day to make phone calls. . . We have the script that tells us what to do. It's very simple. The actual deal that took me to get my check took about 2 hours worth of work. It's simple.

"This is my first endeavor in liquidation. There's a tremendous need there. And what I'm finding out is that a lot of people are stuck with things. So, what this does is provide a solution for it."

Marge Thompson, Liberty, New York

# First Check – $3,906.00

"It is very fun to do this. Your staff at Zaken Corp. is very helpful. You guys are the best!"

Eli and Eunhyoung Makasobe, Honolulu, Hawaii

# First 3 Days – "Found 6 different items"

"I want to let you know that I will be doing this business full time. I received your package 3 days ago and already found 6 different items. This business is the best thing that could happen to me. Your concept is easy and workable for me because you're right by my side doing the selling. God bless you always."

Nancy Radhwel, Tampa, Florida

# Only 3 Weeks – "Produces large profits"

"It's now 3 weeks since I received your moneymaking wealth-building home business plan. I was impressed with the information. And let me tell you, I'm excited for what this business has already done for my family and me. The opportunities are endless. It's risk-free and produces large profits. I also enjoy and greatly appreciate getting your free personalized assistance. Thanks for your help and support."

Andy L. Rivas, Rocky Hill, Connecticut

# First 2 Days – "Finding merchandise left and right"

"I have never had an offer that I like as well as your business plan. I have begun contacting companies just two days ago and I am already finding merchandise left and right. I love this business!"

Rubye L. Washington, Houston, Texas

EXHIBIT A

41

Dear friend:

I'M PUZZLED!

The attached report promises you can make up to **$4,000 in the next 30 days** right from the privacy and comfort of your own home. It is a genuine opportunity that is yours without risking a penny. Your earnings are guaranteed!

Still, you feel uncertain, which means one of two things:
1) You haven't really read the attached letter (therefore, I urge you to read it right now in its entirety)
2) You read it but didn't believe making that much money in that short time period was possible.

You see, I just can't believe you would turn your back on a legitimate opportunity to make up to $4,000 in 30 days if you truly believed it was possible.

I included documented proof that this is not only possible but also fully achievable. So much so I'm willing to put my own money on the line to help convince you. I reward you with an additional payment of $102.00 along with a full refund of the monies you paid anytime within a two-year period if you fail to reach your income goals (whatever they might be).

## Now read this next section carefully ...

This guarantee is NOT advertising hype! I could not make you such an offer in writing unless I was prepared to back it up unconditionally. If it turned out to be false advertising, the government would shut down my business. I would be fined and possibly sent to jail. Now, do you think I would risk that possibility it I wasn't totally convinced my program could live up to its claims? Dismiss that doubt from your mind.

Now, what other doubts do you have?... Is it that you couldn't do the work involved or you wouldn't like it? ... Let me assure you, the work (if you want to call it that) is so simple and easy, a 12-year old could do it. You work from home in your spare time – in as little as 2 to 4 hours a week. It's rewarding work because you'll be helping people save their hard-earned cash on products and merchandise. You'll be providing a much-needed service during these tough economic times. Wouldn't that make you feel good?

Even when times get better, there will always be a demand for discounted merchandise. It's built into American culture. You won't be working at a "job" so there is no chance of "lay-offs." You can continue to make money as long as you choose to stay in the program. And, the longer you continue in the program, the more money you will make. It grows exponentially. It starts multiplying. This is fact, not theory. It's been proven by the growing number of commission checks we mail and hundreds of Affiliate testimonials we've received over the years.

Let me restate my guarantee so it's perfectly clear to you. If you join us in our 30-day marketing experiment, you must earn up to $4,000 (or more) in the first 30-days. If not, you can drop the program and get a full refund. You are under no further obligation.

Sincerely,

Tiran Zaken, President

P.S. You have up to 2 full years to obtain a full refund PLUS and EXTRA $102.00 just for cooperating with us in our wealth building marketing experiment. Remember, we are legally bound to this agreement. You can't lose a dime. The worse you can do is come out $102 ahead. I urge you, for your benefit and the benefit of your family, call us right now at **1-800-840-0346.** Do it now!

EXHIBIT A
42

# *Are You Still Uncertain ...?*

# *READ THIS ...*

**Time Sensitive Material
Please RUSH**

Hop On!

**THE ZAKEN**
CORPORATION

2610 Conejo Spectrum
Thousand Oaks  CA  91320 USA

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV12- 9631 DDP (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **CV12-09631** DDP(MANx) |
| THE ZAKEN CORP., a California corporation, also d/b/a The Zaken Corporation, QuickSell, and QuikSell, and | ) |
| | ) |
| TIRAN ZAKEN, individually and as an officer of The Zaken Corp. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE ZAKEN CORP. and TIRAN ZAKEN
2610 Conejo Spectrum St.
Thousand Oaks, CA 91320.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   [Listed in "ATTACHMENT 1", which is attached hereto]

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**JULIE PRADO**

Date: _____ NOV - 9 2012          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)   Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____

                                    *Server's signature*


                                    _____

                                    *Printed name and title*



                                    _____

                                    *Server's address*

Additional information regarding attempted service, etc:

14

**ATTACHMENT 1**

| | |
|---|---|
| ANDRÉ BIROTTE JR.<br>United States Attorney<br>LEON W. WEIDMAN<br>Assistant United States Attorney<br>Chief, Civil Division<br>ANOIEL KHORSHID<br>Assistant United States Attorney<br>California Bar Number:  223912<br>    Room 7516 Federal Building<br>    300 North Los Angeles Street<br>    Los Angeles, California 90012<br>    Telephone:   (213) 894-6086<br>    Facsimile:   (213) 894-7819<br>    Email: Anoiel.Khorshid@usdoj.gov | STUART F. DELERY<br>Acting Assistant Attorney General<br>MAAME EWUSI-MENSAH<br>FRIMPONG<br>Deputy Assistant Attorney General<br>MICHAEL S. BLUME<br>Director, Consumer Protection Branch<br>RICHARD GOLDBERG<br>Assistant Director, Consumer<br>Protection Branch<br>ANN F. ENTWISTLE<br>Trial Attorney<br>    Consumer Protection Branch<br>    U.S. Department of Justice<br>    450 Fifth Street, NW, Suite 6400<br>    South<br>    Washington, DC 20530<br>    Telephone:   (202) 305-3630<br>    Facsimile:   (202) 514-8742<br>    Email: Ann.F.Entwistle@usdoj.gov |

Attorneys for Plaintiff
the United States of America

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | THE ZAKEN CORP., a California corporation, also d/b/a The Zaken Corporation, QuickSell, and QuikSell, and |
| (b) County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): | TIRAN ZAKEN, individually and as an officer of The Zaken Corp. |
| | County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): Ventura |
| (c) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
| See Attachment 1 | |

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☒ 1 U.S. Government Plaintiff   ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ Statutory and Equitable Monetary Relief

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
§§ 5(a), 5(m)(1)(A), 13(b), 16(a), & 19 of the Federal Trade Commission Act, 15 U.S.C. §§ 45(a), 45(m)(1)(A), 53(b), 56(a), & 57b, to obtain monetary civil penalties; a permanent injunction; and other equitable relief.

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | ☐ 840 Trademark |
| ☒ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No   ☐ Yes

If yes, list case number(s):

**FOR OFFICE USE ONLY:**   Case Number:   **CV12-09631**

---

CV-71 (07/05)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

VIII(b).  **RELATED CASES:** Have any cases been previously filed that are related to the present case? ☑No   ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides (Use an additional sheet if necessary)
☑ Check here if the U.S. government, its agencies or employees is a named plaintiff.



List the California County, or State if other than California, in which **EACH** named defendant resides.  (Use an additional sheet if necessary).
☐ Check here  if the U.S. government, its agencies or employees is a named defendant.

    Ventura and Los Angeles



**List the California County,** or State if other than California, in which **EACH** claim arose.  (Use an additional sheet if necessary)
**Note:** In land condemnation cases, use the location of the tract of land involved.

    Ventura



X.  **SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date _____11/09/2012_____

        **Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
        or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not
        filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions
        sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |

## ATTACHMENT 1

| | |
|---|---|
| ANDRÉ BIROTTE JR.<br>United States Attorney<br>LEON W. WEIDMAN<br>Assistant United States Attorney<br>Chief, Civil Division<br>ANOIEL KHORSHID<br>Assistant United States Attorney<br>California Bar Number:  223912<br>　　Room 7516 Federal Building<br>　　300 North Los Angeles Street<br>　　Los Angeles, California 90012<br>　　Telephone:   (213) 894-6086<br>　　Facsimile:   (213) 894-7819<br>　　Email: Anoiel.Khorshid@usdoj.gov | STUART F. DELERY<br>Acting Assistant Attorney General<br>MAAME EWUSI-MENSAH<br>FRIMPONG<br>Deputy Assistant Attorney General<br>MICHAEL S. BLUME<br>Director, Consumer Protection Branch<br>RICHARD GOLDBERG<br>Assistant Director, Consumer<br>Protection Branch<br>ANN F. ENTWISTLE<br>Trial Attorney<br>　　Consumer Protection Branch<br>　　U.S. Department of Justice<br>　　450 Fifth Street, NW, Suite 6400<br>　　South<br>　　Washington, DC 20530<br>　　Telephone:   (202) 305-3630<br>　　Facsimile:   (202) 514-8742<br>　　Email: Ann.F.Entwistle@usdoj.gov |

Attorneys for Plaintiff
the United States of America